**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 2 2008 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOCTOR'S ASSOCIATES INC.,

                              Plaintiff,

        - against -

DHARMINDER SHARMA,

                              Defendant.
------------------------------------------------------------x

Case No. 09 Civ. 0585
(ILG/JMA)

**AMENDED ORDER FOR
PRELIMINARY
INJUNCTION**

Plaintiff DOCTOR'S ASSOCIATES INC. ("DAI") having moved this Court for an Order directing the Defendant Dharminder Sharma ("defendant") to cease use of federally registered SUBWAY trademarks, unregistered trademarks, and materials used in connection with operating a SUBWAY franchise; and

The Court having granted, by Order to Show Cause dated February 13, 2009, a temporary restraining order, enjoining Defendant from engaging in the conduct set forth in the Order to Show Cause; and

The Court having granted, by Amended Order dated February 24, 2009 (the "Preliminary Injunction"), a preliminary injunction enjoining defendant from using SUBWAY trademarks, unregistered trademarks, and materials used in connection with operating a SUBWAY franchise; and

Plaintiff's motion to make permanent the preliminary injunction having duly come on to be heard on March 9, 2009; and

Defendant having appeared pro se and requested time to obtain an attorney; and

Upon reading the Complaint dated February 11, 2009; the Declaration of Daryl Meyers, dated February 5, 2009; the Memorandum of Law dated February 11, 2009; the

pleadings and proceedings heretofore filed and taken place herein; and after due deliberation having been had;

NOW, on motion of Kaufman & Kahn, LLP, attorneys for plaintiff, it is

ORDERED the restrictions of the Preliminary Injunction remain in full force and effect; and it is further

ORDERED that defendant is no longer a SUBWAY franchisee and he is no longer authorized to operate as a SUBWAY franchise; and it is further

ORDERED that the case is adjourned until March 20, 2009 at 10:30am. to determine whether to make the preliminary injunction into a permanent injunction at Courtroom 8B in this court, at 225 Cadman Plaza East, Brooklyn, New York.

ENTER.

_____
, U.S.D.J.